Michael S. WARREN, Claimant–
Appellant,

v.

Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2010–7036.

United States Court of Appeals,
Federal Circuit.

Jan. 29, 2010.

Michael S. Warren, Punta Gorda, FL, pro se.

ON MOTION

*ORDER*

Upon consideration of Michael S. Warren's motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.